1
2
3
4
5
6
7
8

**IN THE UNITED STATES DISTRICT COURT**

9

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

10

DANIEL P.,

11

Plaintiff,

12

v.

13

KILOLO KIJAKAZI, Acting
Commissioner of Social

14

Security,

15

Defendant.

Case No. ED CV 21-1721 JWH
(MRW)


ORDER ACCEPTING FINDINGS
AND RECOMMENDATIONS OF
UNITED STATES MAGISTRATE
JUDGE

16
17
18
19
20
21
22
23
24
25
26
27
28

1          Pursuant to 28 U.S.C. § 636, the Court reviewed the Complaint,

2   the records on file, and the Report and Recommendation of the United

3   States Magistrate Judge.  Further, the Court engaged in a <u>de novo</u>

4   review of those portions of the Report to which Plaintiff objected.  Based

5   upon that review, the Court hereby **ORDERS** as follows:

6         1.    The findings and recommendation of the Magistrate Judge

7   are **ACCEPTED**.

8         2.    Judgment shall be entered in favor of Defendant.

9         **IT IS SO ORDERED.**

10

11   DATE: ____April 5, 2023____      _____

12                                    HON. JOHN W. HOLCOMB
                                      UNITED STATES DISTRICT JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2