JS-6

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

DANIEL P.,

        Plaintiff,

        v.

KILOLO KIJAKAZI, Acting
Commissioner of Social
Security.

        Defendant.

Case No. ED CV 21-1721 JWH (MRW)

JUDGMENT

1     Pursuant to the Order Accepting Findings and Recommendations

2  of the United States Magistrate Judge,

3     It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that the

4  decision of the Administrative Law Judge is **AFFIRMED**.  Judgment is

5  hereby entered in favor of Defendant.

6     **IT IS SO ORDERED.**

7

8  DATE: _____April 5, 2023_____          _____

9                                          HON. JOHN W. HOLCOMB
                                           UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2